



UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

VINICIO VILLA, JESUS SALVADOR GOMEZ, and GERMAN VENTURA, on behalf of themselves and all other persons similarly situated,

        Plaintiffs,

v.

HIGHBURY CONCRETE INC., THOMAS GORMAN, THOMAS FOGARTY, and BENNY GRIFFIN,

        Defendants.

Index No. 17-cv-984 (CBA) (PK)

Civil Action

**STIPULATION CONCERNING CLASS CERTIFICATION**

IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for the Plaintiffs, Vinicio Villa, Jesus Salvador Gomez and German Ventura, et al. (collectively, "Plaintiffs"), and for the Defendants, Highbury Concrete, Inc., Thomas Gorman, Thomas Fogarty and Benny Griffin (collectively, "Defendants"), that the class of plaintiffs in this litigation pursuant to Fed. R. Civ. P. 23 shall be certified and defined as follows:

> All employees who worked for Highbury Concrete Inc. as laborers (including, but not limited to, rebar workers, carpenters and concrete strippers) in the state of New York from February 22, 2011 through the date of this Order.

IT IS FURTHER STIPULATED AND AGREED that named plaintiffs Vinicio Villa, Jesus Salvador Gomez, and German Ventura will be appointed as class representatives, and Samuel & Stein will be appointed as class counsel.

IT IS FURTHER STIPULATED AND AGREED that the parties' consent to certification of said class shall in no way be deemed a waiver of any party's right to challenge whether any particular potential plaintiff is a proper class member, or whether any of the Defendants are

57438/0003-19752964v1

ultimately liable for the payment of any particular class member's alleged damages; accordingly, all such rights are hereby reserved.

IT IS FURTHER STIPULATED AND AGREED that the proposed class notice filed by Plaintiffs, filed as Docket Entry 144-9, is approved as to form if modified in all respects to be consistent with the defined class above, and that Plaintiffs are authorized to have the letter translated into Spanish and any other language spoken by a substantial number of potential class members.

IT IS FURTHER STIPULATED AND AGREED that within fourteen (14) days after entry of this Order, Defendants will furnish Plaintiffs' counsel with a list containing the names and last known addresses of all known potential Class members in machine-readable electronic form.

DATED: New York, New York
February 27, 2020

| Attorneys for Plaintiffs, Vinicio Villa, Jesus Salvador Gomez and German Ventura, et al.<br><br>By: _____<br>SAMUEL & STEIN<br>David Stein<br>David M. Nieporent<br>38 West 32nd Street, Suite 1110<br>New York, New York 10001 | Attorneys for Defendants, Highbury Concrete, Inc., Thomas Gorman, Thomas Fogarty and Benny Griffin,<br><br>By: _____<br>COLE SCHOTZ P.C.<br>Brian L. Gardner<br>Jason R. Finkelstein<br>1325 Avenue of the Americas, 19th Floor<br>New York, New York 10019 |
|---|---|

SO ORDERED:

s/Carol Bagley Amon
Hon.

3/3/20

2

57438/0003-19752964v1